**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-8122**

———————

TANYIN B. HOLLEY,

             Plaintiff – Appellant,

        v.

D. SHIRLEY, Correctional Officer,

             Defendant – Appellee,

        and

DIXON, Correctional Officer; E.P. WARD, Sergeant,

             Defendants.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:11-cv-00508-GBL-JFA)

———————

Submitted:  April 25, 2013          Decided:  May 16, 2013

———————

Before WILKINSON, DIAZ, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tanyin B. Holley, Appellant Pro Se.  Samuel Lawrence Dumville, NORRIS & ST. CLAIR, P.C., Virginia Beach, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tanyin B. Holley, Sr., appeals the district court's order granting summary judgment to Defendant D. Shirley in Holley's 42 U.S.C. § 1983 (2006) proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Holley v. Shirley, No. 1:11-cv-00508-GBL-JFA (E.D. Va. filed Nov. 19 & entered Nov. 20, 2012). We deny Holley's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED